**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | All Cases in Exhibit A |

## ORDER

This Order applies to every newly transferred West Virginia case that was filed by the

Calwell Practice, PLLC.  The cases are listed in Exhibit A (this Order does not apply to closed

cases that may appear on the list).

Since December, I've entered over 1,000 orders dismissing Defendants in cases filed by

the Calwell Practice.  It appears that in many of the cases the dismissed Defendants should not

have been sued.  Since the end to filing these dismissals does not appear to be in sight, I've come

up with a remedy.

The parties are directed to "meet and confer" to determine which Defendants should be in

each case.  **After "meeting and conferring," Plaintiffs must file amended complaints**

**removing all unnecessary Defendants (without further leave from the Court) by 5 p.m.,**

**Tuesday, March 31, 2009.  The first paragraph of each amended complaint must set out**

**which Defendant(s) are dismissed based on the amended complaint.**

If, at a later time, additional motions to dismiss are filed, and it appears that the

Defendants should not have been named in the Amended Complaint, I may well impose

sanctions.

IT IS SO ORDERED this 2nd day of February, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| | |
|---|---|
| Nancy Lucion, | 4:08-cv-3890 |
| Patricia Lyons and Ronald Lyons, | 4:08-cv-3891 |
| Frances Macknight and James Macknight, | 4:08-cv-3892 |
| Nancy Marcum and Van Marcum, Jr., | 4:08-cv-3893 |
| Juanita Marshall and Roscoe Marshall, | 4:08-cv-3894 |
| | |
| Imogene Mason and Richard Mason, | 4:08-cv-3895 |
| Beverly Massey and Larry Massey, | 4:08-cv-3896 |
| Charles Maxwell, Executor of the Estate of Dianna Maxwell, | 4:08-cv-3897 |
| Juanita May, | 4:08-cv-3898 |
| Judy May, | 4:08-cv-3899 |
| | |
| Phyllis May, | 4:08-cv-3900 |
| Pansy Mayes and William Mayes, | 4:08-cv-3901 |
| Dolores Mayle and Selvy Mayle, Jr., | 4:08-cv-3902 |
| Mary Maynard and Paul Maynard, Sr., | 4:08-cv-3903 |
| Ila Maynor and Robert Maynor, | 4:08-cv-3904 |
| | |
| Mary Mayo and George Mayo, | 4:08-cv-3905 |
| Helen McClure and Marvin McClure, | 4:08-cv-3906 |
| Donna McCormick, | 4:08-cv-3908 |
| Terry McElroy, | 4:08-cv-3910 |
| Betty McGraw and Barry McGraw, | 4:08-cv-3912 |
| | |
| Alice McManaman and Garnet McManaman, | 4:08-cv-3915 |
| Arlene McMillion, | 4:08-cv-3916 |
| Clara Means and Ronald Means, | 4:08-cv-3953 |
| Teresa White and John S. White, | 4:08-cv-3954 |
| Linda Means and Steven Means, | 4:08-cv-3956 |
| | |
| Helen Meronuk and John Meronuk, | 4:08-cv-3960 |
| Cloudia Metts, | 4:08-cv-3963 |
| Evelyn Metz and Paul Metz, | 4:08-cv-3962 |
| Loranna Midkiff, | 4:08-cv-3967 |
| Jane Milam and Richard Milam, | 4:08-cv-3969 |
| | |
| Matthew Alan Miles, Executor of the Estate of Elizabeth Miles, | 4:08-cv-3971 |
| Anna Miller, | 4:08-cv-3973 |
| Mary Miller, | 4:08-cv-3975 |
| Sally Miller and John T. Miller, | 4:08-cv-3977 |
| Violet Miller and Donald Miller, | 4:08-cv-3982 |
| | |
| Iva Mitchell, | 4:08-cv-3985 |
| Linda Moncrief and Ronald Moncrief, | 4:08-cv-3983 |
| Margaret Monroe and Gordon N. Monroe, | 4:08-cv-3987 |
| Sylvia Monty, | 4:08-cv-3989 |
| Wilma Morgan and Raymond E. Morgan, | 4:08-cv-3991 |

| | |
|---|---|
| Helen Mounts, | 4:08-cv-4006 |
| Lois Mounts, | 4:08-cv-4004 |
| Debra Mullins and John Mullins, | 4:08-cv-4002 |
| Jennetie Muncy, | 4:08-cv-4001 |
| Alice Murphy and Harold Murphy, | 4:08-cv-4014 |
| Sandra Murphy, | 4:08-cv-3998 |
| Virginia Murphy, | 4:08-cv-3996 |
| Barbara Mutters and William Mutters, | 4:08-cv-4020 |
| Linda Napier and Edgar Napier, | 4:08-cv-4021 |
| Nancy Napier and George Napier, | 4:08-cv-4018 |
| Judith Neace and Lloyd Neace, | 4:08-cv-4012 |
| Betty Newman and Ray Newman, | 4:08-cv-4010 |
| Florence Nichols and Billy Nichols, | 4:08-cv-4011 |
| Josetta Noble and Larry Noble, | 4:08-cv-4022 |
| Teresa Noe, | 4:08-cv-4023 |
| Alice Null, | 4:08-cv-4026 |
| Betty Nutter, | 4:08-cv-4029 |
| Isabelle Nutter, | 4:08-cv-4031 |
| Peggy Nutter, | 4:08-cv-4034 |
| Margarette Offutt and Frank Offutt, | 4:08-cv-3672 |
| Josephine Ohler and Leslie Ohler, | 4:08-cv-4037 |
| Carol Overbaugh and Jimmy Overbaugh, | 4:08-cv-4039 |
| Dana Pack and Rodney Pack, | 4:08-cv-4043 |
| The Estate of Anita Paden, | 4:08-cv-4045 |
| Martha Painter and Glen Painter, | 4:08-cv-4048 |
| Carolyn Pauley and Bervin Pauley, | 4:08-cv-4051 |
| Lindsey Parsley, | 4:08-cv-4054 |
| Joann Paxton, | 4:08-cv-4053 |
| Linda Payne and Mickey Payne, | 4:08-cv-4056 |
| Sharon Pemberton and Roger Pemberton, | 4:08-cv-4062 |
| Brenda Pennington and Paul Pennington, | 4:08-cv-4065 |
| Mary Perkins and Ronald Perkins, | 4:08-cv-4067 |
| Brenda Perrine and Gary Perrine, | 4:08-cv-4069 |
| Dorothy Perry and Dolphus Perry, | 4:08-cv-4071 |
| Linda Perry, | 4:08-cv-4078 |
| Louella Perry and Sam Perry, | 4:08-cv-4080 |
| Sheila Peters, | 4:08-cv-4081 |
| Delores Phillips and Charles E. Phillips, | 4:08-cv-4082 |
| Elizabeth Pickrell, | 4:08-cv-4085 |
| Jane Pierce and Richard Pierce, | 4:08-cv-4086 |

Sharon Poe and Raymond V. Poe,                                         4:08-cv-4087
Connie Porter &Ronald Mcmillion, Co-executors of the Estate of Elizabeth Mcmillion,   4:08-cv-4088
Marlene Price,                                                         4:08-cv-4089
Rowena Pritchett,                                                      4:08-cv-4090
Vivian Pursley and Jack Pursley,                                       4:08-cv-4091

Mary Ramey,                                                            4:08-cv-4092
Dorothy Ray,                                                           4:08-cv-4096
Brenda Raynes and Delbert Raynes,                                      4:08-cv-4093
Lillian Raynes and Clyde Raynes,                                       4:08-cv-4094
Christina Rice and Larry Rice,                                         4:08-cv-4097

Clara Rigney and Kenneth Rigney,                                       4:08-cv-4095
Judy Roberts and Ronald Roberts,                                       4:08-cv-4099
Teresa Roberts and Frank Roberts,                                      4:08-cv-4100
Caroline Robinson,                                                     4:08-cv-4101
Charlotte Robinson,                                                    4:08-cv-4103

Wanda Robinson,                                                        4:08-cv-4102
Gladys Rogers and Jerry Rogers,                                        4:08-cv-4106
Sharron Rogers and Donald Rogers,                                      4:08-cv-4104
Cheryl Rorie,                                                          4:08-cv-3907
Harold Ross, Executor of the Estate of Irene Ross,                     4:08-cv-3909

Katheryn Ross,                                                         4:08-cv-3911
Thelma Roy and Earl Roy, Sr.,                                          4:08-cv-3913
Betty Runyan and Richard Runyan,                                       4:08-cv-3914
Connie Rutherford,                                                     4:08-cv-3917
Phyllis Samples,                                                       4:08-cv-3918

Barbara Sams,                                                          4:08-cv-3919
Judith Sarrett and Larry Sarrett,                                      4:08-cv-3920
Cheryl Satterfield,                                                    4:08-cv-3921
Doris Saunders and Carl Saunders,                                      4:08-cv-3923
Tammy Saunders and Dennis Saunders,                                    4:08-cv-3922

Lou Ann Scaggs and Jerry Scaggs,                                       4:08-cv-3924
Myrtle Scaggs and Treaby Scaggs,                                       4:08-cv-3926
Frances Scarbro and James Scarbro,                                     4:08-cv-3927
Thomasina Schaffer and Joseph Schaffer,                                4:08-cv-3930
Karen Schagat and Klaus Schagat,                                       4:08-cv-3929

Jennifer Schmidt and Donald Schmidt,                                   4:08-cv-3928
Judith Schultz and Dewey Schultz,                                      4:08-cv-3931
Minnie Scott and Joseph Scott,                                         4:08-cv-3932
Mellie Seabolt and Donald Seabolt,                                     4:08-cv-3933
Marilyn Settle and Alfred Ray Settle,                                  4:08-cv-3809

4

Anne Sexton and James Sexton,                               4:08-cv-3934
Barbara Shaffer and Roger Shaffer,                          4:08-cv-3935
Myrtle Shamblin and Billy Shamblin,                         4:08-cv-3936
Jackolin Shiels,                                            4:08-cv-3937
Philippa Shores and Kenneth Shores,                         4:08-cv-3938

Jeanette Shumar,                                            4:08-cv-3939
Bonnie Siders and Floyd Siders,                             4:08-cv-3940
Sandra Simmons and James Simmons,                           4:08-cv-3941
Gency Simpson and Freddie Simpson,                          4:08-cv-3942
Rhetta Skaggs,                                              4:08-cv-3948

Yvonna Sloan and Calvin Sloan,                              4:08-cv-3947
Annemarie Slone and Theodore Slone,                         4:08-cv-3946
Barbara Smith and John Smith,                               4:08-cv-3944
Jackie Smith,                                               4:08-cv-3945
Josephine Smith,                                            4:08-cv-3949

Rhodonna Smith and Roy Smith,                               4:08-cv-3951
Alice Spainhour and Richard Spainhour,                      4:08-cv-3950
Regenia Stamper and Henry Stamper,                          4:08-cv-3952
Carolyn Stanley,                                            4:08-cv-3955
Audalene Starr,                                             4:08-cv-3957

Doreen Steele and Youngea Bill Steele, Jr.,                 4:08-cv-3958
Linda Steen and Karl Steen,                                 4:08-cv-3959
Alice Stowers and Paul Stowers,                             4:08-cv-3964
Shirley Stroehman and William Stroehman,                    4:08-cv-3961
Julia Sturgell and Sherman Sturgell,                        4:08-cv-3965

Hazel Summerville,                                          4:08-cv-3966
Bonnie Sutphin,                                             4:08-cv-3968
Geraldine Sweeney and Charles Sweeney,                      4:08-cv-3970
Vicenta Taisacan,                                           4:08-cv-3972
Betty Talbert,                                              4:08-cv-3974

Charlotte Taylor,                                           4:08-cv-3976
Irene Taylor,                                               4:08-cv-3980
Juanita Taylor,                                             4:08-cv-3978
Navonda Tenney and Dennis Tenney,                           4:08-cv-3984
Connie Thomas and Bobby Thomas,                             4:08-cv-3986

Brenda Thompson,                                            4:08-cv-3988
Liddie Thompson and Teddy Thompson,                         4:08-cv-3992
Susie Thompson and Jerry Thompson,                          4:08-cv-3990
Juanita Tickle,                                             4:08-cv-4007
Debra Tilley and David Tilley,                              4:08-cv-4005

| | |
|---|---|
| Beverly Tilson and Danny Glen Tilson, | 4:08-cv-4003 |
| Goldie Tomblin, | 4:08-cv-4000 |
| Nancy Toncray, | 4:08-cv-3999 |
| Antha Tooley and John Tooley, | 4:08-cv-3995 |
| Barbara Traeger, | 4:08-cv-3994 |
| | |
| Joann Truman and Okey Truman, | 4:08-cv-4019 |
| Shirley Tucker and Luther Tucker, | 4:08-cv-4015 |
| Faye Turley and Charles Turley, | 4:08-cv-4008 |
| Lisa Tuttle, | 4:08-cv-4013 |
| Dorothy Upton and Philip Upton, | 4:08-cv-4009 |
| | |
| Brenda Utt and James Utt, | 4:08-cv-4017 |
| Susan Vance and Henry Lee Vance, | 4:08-cv-4024 |
| Rebecca Vice and Michael Vice, | 4:08-cv-4025 |
| Julie Walker and Lawrence Walker, | 4:08-cv-4027 |
| Mary Walker and June D. Walker, | 4:08-cv-4030 |
| | |
| Peggy Wallace and Douglas Wallace, | 4:08-cv-4028 |
| Roberta Wallace and Bobby Wallace, | 4:08-cv-4032 |
| Patricia Waller, | 4:08-cv-4033 |
| Ella Walls and Mayford Walls, | 4:08-cv-4035 |
| Helen Ward and Donald Ward, | 4:08-cv-4038 |
| | |
| Janet Wardle and Harvey Wardle, | 4:08-cv-4040 |
| Agnes Watt and William Watt, | 4:08-cv-4041 |
| Julia Watts and Robert Watts, | 4:08-cv-4044 |
| Marilyn Weaver and George Weaver, | 4:08-cv-4046 |
| Norma Weaver and Robert Weaver, | 4:08-cv-4049 |
| | |
| Elva Weekley, | 4:08-cv-4050 |
| Linda Weis and Russell Weis, | 4:08-cv-4052 |
| Carroll Westfall, | 4:08-cv-4055 |
| Sheila Wheeler and Harry Wheeler, | 4:08-cv-4058 |
| Kenneth Whitt, Administrator of the Estate of Sylvia Whitt, | 4:08-cv-4059 |
| | |
| Paulette Wiley and Thomas Wiley, | 4:08-cv-4060 |
| Sharon Williams, | 4:08-cv-4061 |
| Cheryl Wimer-hoffman, | 4:08-cv-4063 |
| Bernice Wilson and George Wilson, | 4:08-cv-4064 |
| Carol Wimmer and Billy Wimmer, | 4:08-cv-4066 |
| | |
| Ramona Wolfe and Ted Wolfe, | 4:08-cv-4068 |
| Maxine Workman, | 4:08-cv-4070 |
| Moss Workman, Administrator of the Estate of Jane Workman, | 4:08-cv-4076 |
| Judith Xenos and Emanuel Xenos, | 4:08-cv-4073 |
| Sherry Youell and George Youell, | 4:08-cv-4077 |
| | |
| Helen Young and Hobart Young, | 4:08-cv-4083 |
| Mary Young, | 4:08-cv-4084 |